IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20CR3027 |
| vs. | |
| ARELY ARAUS-BONILLA, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Jessica L. Milburn to withdraw as counsel of record for Defendant, (Filing No. 19), is granted.

2) Defendant's newly retained counsel, Chinedu Ibokwe, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

Dated this 9th day of March, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge